# PD-0104&0105&0106-15

## IN THE COURT OF CRIMINAL APPEALS
## OF THE STATE OF TEXAS
### NO. _____

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 22 2015

Abel Acosta, Clerk

**IGNACIO MARTIN GONZALEZ**
Appellant,

V.

**THE STATE OF TEXAS**

On Appeal from the 184TH District Court of
Harris County, Texas;
Trial Cause Numbers 1377914,
1377915, & 1377916.
*Appeals Case Nos. 01-13-00903-CR, 01-13-00904-CR, and 01-00905 CR.*

## PETITIONER'S MOTION TO EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

FILED IN
COURT OF CRIMINAL APPEALS

JAN 30 2015

Abel Acosta, Clerk

TO THE HONORABLE JUSTICES OF SAID COURT:

IGNACIO MARTIN GONZALEZ, Petitioner in the above cause number, would respectfully request the Court to grant his motion to extend the time to file his petition for discretionary review. In support of said motion, Appellant would show unto the Court the following:

### I.

This appeal lies from Appellant's convictions in *The State of Texas v. Ignacio Martin Gonzalez*, Cause Numbers 1377914, 1377915, & 1377916 in the 184th District Criminal Court of Harris County, Texas. Mr. Gonzales was charged with the felony offense of aggravated sexual assault of a child in Cause Number 1337560. On March

25, 2013, he entered a plea of not guilty and proceeded to trial by jury. On March 28, 2013, a mistrial was declared when the jury could not reach a unanimous verdict on the issue of guilt or innocence. Mr. Gonzales was then indicted in three separate causes with the offense of continuous sexual abuse of a child. On October 1, 2013, Mr. Gonzales entered a plea of not guilty in all three charges, but on October 7, 2013, the jury found Mr. Gonzales guilty and after the punishment portion of the trial, the jury sentenced Mr. Gonzales to twenty (20) years imprisonment in the Institutional Division of Texas Department of Criminal Justice in each charge. The State filed a Motion to Cumulate the Sentences, and the Court granted the request as to Cause Number 1377915 so that the sentence in that case will be served after the sentence in Cause Number 1377914, but denied the motion with regard to Cause Number 1377916. Appellant's Petition for Discretionary Review is due January 15, 2015. This is Appellant's first request for an extension to file the petition for discretionary review.

## II.

Appellant is requesting an extension of time in order to fully evaluate the issues to be raised in the PDR. An extension of time is necessary so that the petition for discretionary review can be timely filed. This motion is not made for the purpose of delay.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Honorable Court will grant this requested extension of time to file the Appellant's Petition for Discretionary Review in the above cause for ninety days and extend the time for filing the petition until April 15, 2015. This Motion was transmitted with the same information on December 26th 2014, and the Movant respectfully considere that his information and cause Numbers are Public record, therefore the Intentional delaying to file this his Motion is in bias of Movant Limb of Life. Once Again the Appeals Cause Numbers are the followings:

01-13-00903-CR
01-13-00904-CR
01-13 00905-CR

Respectfully submitted,

Mr. Ignacio Martin Gonzales
TDCJ No. 01890295
Cotulla Transfer Facility
610 FM 624
Cotulla, Texas 78014

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing instrument was this day served on counsel for the State by mailing same to the following parties on this the 15 day of *January*, 2015 : *this is a Second Motion Timely Filed pursuant To 28 U.S.C. § 1746, and was sent to the clerk of the Court of Criminal Appeals of texas P.O. Box 12308, Capitol Station, Austin TX 78711. Via U.S. Postal Service First Class*

Mr. Eric Kugler
Harris County District Attorney's Office
Appellate Division
1201 Franklin, Suite 600
Houston, Texas 77002

State Prosecuting Attorney
P.O. Box 12405
Austin, Texas 78711

Ignacio Martin Gonzalez, PRO SE